Lawrence E. Biegel (State Bar No. 044426)
Joseph A. Cisneros (State Bar No. 184907)
Lupita Fernandez (State Bar No. 337247)
**THE BIEGEL LAW FIRM**
2801 Monterey-Salinas Highway, Suite A
Monterey, CA 93940
Telephone:   (831) 373-3700
Facsimile:   (831) 373-3780
Email:       larry@biegellaw.com

Attorneys for Defendants, Lidia Miranda and Michael's Grill and Taqueria, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS BARAJAS ESCAMILLA,<br><br>Plaintiff,<br><br>vs.<br><br>LIDIA MIRANDA, MICHAEL'S GRILL AND TAQUERIA, INC., AND JOSE FRANCISCO BARAJAS,<br><br>Defendants. | **Case No: 23-cv-05033-BLF**<br><br>**DECLARATION OF LAWRENCE E. BIEGEL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE OF THE COURT TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date:        None<br>Time:        TBA<br>Courtroom:   3 |

### DECLARATION OF LAWRENCE E. BIEGEL

### IN SUPPORT OF MOTION TO DISMISS

**COMES NOW**, LAWRENCE E. BIEGEL, and declares:

I am an attorney at law and the managing partner at the Biegel Law Firm, attorneys for the within named defendants, Lidia Miranda and Michael's Grill and Taqueria, in the matter currently before this Court.

---

1

DECLARATION OF LAWRENCE E. BIEGEL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
Jose Barajas Escamilla v. Lidia Miranda, *et al*.
United States District Court for the Northern District of California, Case No.23-cv-0503333-BLF

I am licensed to practice in all courts in California and particularly in the United States District Court for the Northern District of California where I have been licensed since August 22, 1969.

If called and sworn as a witness in the within captioned matter, I could competently testify to the following facts which are outlined in Paragraph II(B) of the Motion before this court.

1. I am the responsible attorney for the within captioned matter and on behalf of my clients I caused to be filed a Motion to Dismiss which, after consultation with this Court's staff, was set to be heard on April 15, 2024. (ECF 19)

2. After the filing of that motion, Plaintiff's counsel filed a Motion for Right to Attach Order and for an Order for Issuance of a Writ of Attachment, which he also set for hearing on April 15, 2024. (ECF 21)

3. Our office calendared responsive and reply pleading dates for both motions consistent with what we thought were the applicate local court rules.

4. On December 1, 2023, plaintiff filed his opposition to our Motion to Dismiss. (ECF 31)

5. I just learned this week that this Court had issued a specific scheduling order setting opposition and reply briefing dates for a much earlier time. (ECF 27) That order required that we file our reply brief to plaintiff's opposition by December 8, 2023.

6. The accompanying declaration by my associate, Joseph A. Cisneros, sets for the reason our office mistakenly assumed the local rules for opposition and reply briefs were the appropriate calendaring dates for the instant matter.

7. At the time we filed the Motion to Dismiss, our initial pleading in the case, Mr. Cisneros had an active PACERS account. I did not realize that my "legacy account" was not then active and as soon as I realized that, I took the proper procedures to reactivate the account. As such, I filed a Notice of Appearance on November 20, 2023 (ECF 30), three

2

**DECLARATION OF LAWRENCE E. BIEGEL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
Jose Barajas Escamilla v. Lidia Miranda, *et al.*
United States District Court for the Northern District of California, Case No.23-cv-0503333-BLF

days after this Court's scheduling order was issued. Subsequent to my Notice of Appearance, I have received e-mails each time a filing or order has been made in this litigation.

       8.    As the managing partner of my firm, I take full responsibility for the error in our calendaring of this matter and have endeavored to make sure such does not happen again.

I declare under penalty of perjury that the aforementioned facts are true and correct and that this declaration was executed this 26th day of January, 2024 at Monterey, California.

_____
Lawrence E. Biegel

---

3

**DECLARATION OF LAWRENCE E. BIEGEL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
Jose Barajas Escamilla v. Lidia Miranda, et al.
United States District Court for the Northern District of California, Case No.23-cv-0503333-BLF

# PROOF OF SERVICE

I am a citizen of the United States and I am over the age of eighteen years and not a party to the above-entitled action; my business address is 2801 Monterey-Salinas Highway, Suite A, Monterey, California, 93940.

On January 26, 2024, I served the following documents entitled **Declaration of Lawrence E. Biegel in Support of Defendants' Administrative Motion to Seek Leave of the Court to File a Reply Brief to Plaintiff's Opposition to Motion to Dismiss (B)(1)** to be served on the parties or their attorneys of record in the action listed below by the following means:

| XX | **BY E-MAIL.** I caused such document(s) to be transmitted by e-mail correspondence to the e-mail address(es) listed below. |
|---|---|

| **Stephen Opperwall**<br>Email: steve.opperwall@comcast.net | |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2024, at Monterey, California.

_____
Rachel P. Lopez

1

**PROOF OF SERVICE**
Jose Luis Barajas Escamilla V. Lidia Miranda Et. Al U.S. District Court Case No.: 5:23-Cv-05033-Blf