Lawrence E. Biegel (State Bar No. 044426)
Joseph A. Cisneros (State Bar No. 184907)
Lupita Fernandez (State Bar No. 337247)
**THE BIEGEL LAW FIRM**
2801 Monterey-Salinas Highway, Suite A
Monterey, CA 93940
Telephone:  (831) 373-3700
Facsimile:  (831) 373-3780
Email:  larry@biegellaw.com

Attorneys for Defendants, Lidia Miranda and Michael's Grill and Taqueria, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS BARAJAS ESCAMILLA,<br><br>Plaintiff,<br><br>vs.<br><br>LIDIA MIRANDA, MICHAEL'S GRILL AND TAQUERIA, INC., AND JOSE FRANCISCO BARAJAS,<br><br>Defendants. | Case No: 23-cv-05033-BLF<br><br>DECLARATION OF JOSEPH A. CISNEROS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE OF THE COURT TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS<br><br>Date:  None<br>Time:  TBA<br>Courtroom:  3 |

## DECLARATION OF JOSEPH A. CISNEROS

## IN SUPPORT OF MOTION TO DISMISS

**COMES NOW**, JOSEPH A. CISNEROS, and declares:

I am an attorney at law and an associate at the Biegel Law Firm, attorneys for the within named defendants, Lidia Miranda and Michael's Grill and Taqueria, in the matter currently before this Court.

1

DECLARATION OF JOSEPH A. CISNEROS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
Jose Barajas Escamilla v. Lidia Miranda, *et al*.
United States District Court for the Northern District of California, Case No.23-cv-0503333-BLF

I am licensed to practice in all courts in California and particularly in the United States District Court for the Northern District of California where I have been licensed since May, 1997.

If called and sworn as a witness in the within captioned matter, I could competently testify to the following facts which are outlined in Paragraph II(B) of the Motion before this court.

1. On the afternoon of November 2, 2023, on the last date to file a responsive pleading, our office filed Defendant's Motion to Dismiss for Lack of Jurisdiction and served the same on counsel for the Plaintiff. Because I was the only attorney in our office at that last moment whose online PACERS account was operable, I filed the motion using my account.

2. On November 17, 2023, this Honorable Court filed and served its Order Setting Briefing schedule for the Motion to Dismiss and the Motion for Writ of Attachment. (ECF 27). The Order was served by e-mail and I acknowledge that I received the e-mail on this date.

3. Due to mistake, inadvertence and negligence, I mistakenly believed that this Order had also been served Lawrence E. Biegel from our law office, who was the attorney who was going to be handling the case. As such, I did not forward the email to Mr. Biegel or to anyone else in our office. As a result, our office failed to calendar the new deadline dates for the filing of Oppositions and Replies to the aforementioned motions.

I declare under penalty of perjury that the aforementioned facts are true and correct and that this declaration was executed this 26th day of January, 2024 at Monterey, California.

_____
Joseph A. Cisneros

2

DECLARATION OF JOSEPH A. CISNEROS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEEK LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
Jose Barajas Escamilla v. Lidia Miranda, et al.
United States District Court for the Northern District of California, Case No.23-cv-0503333-BLF

## PROOF OF SERVICE

I am a citizen of the United States and I am over the age of eighteen years and not a party to the above-entitled action; my business address is 2801 Monterey-Salinas Highway, Suite A, Monterey, California, 93940.

On January 26, 2024, I served the following documents entitled **Declaration of Joseph A. Cisneros in Support of Defendants' Administrative Motion to Seek Leave of the Court to File a Reply Brief to Plaintiff's Opposition to Motion to Dismiss (B)(1)** to be served on the parties or their attorneys of record in the action listed below by the following means:

| XX | **BY E-MAIL.** I caused such document(s) to be transmitted by e-mail correspondence to the e-mail address(es) listed below. |
|---|---|

| | |
|---|---|
| **Stephen Opperwall**<br>Email: steve.opperwall@comcast.net | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2024, at Monterey, California.

*Rachel P. Lopez*
Rachel P. Lopez

1

**PROOF OF SERVICE**
Jose Luis Barajas Escamilla V. Lidia Miranda Et. Al U.S. District Court Case No.: 5:23-Cv-05033-Blf