United States District Court
Northern District of California

1
2
3                          **UNITED STATES DISTRICT COURT**
4                          **NORTHERN DISTRICT OF CALIFORNIA**
5                                   **SAN JOSE DIVISION**
6

| | |
|---|---|
| JOSE LUIS BARAJAS ESCAMILLA,<br><br>Plaintiff,<br><br>v.<br><br>LIDIA MIRANDA, et al.,<br><br>Defendants. | Case No. 23-cv-05033-BLF<br><br>**ORDER ADMONISHING DEFENDANTS REGARDING COMPLIANCE WITH LOCAL RULES**<br><br>[Re: ECF No. 33] |

Defendants have submitted an administrative motion for leave to file a late reply brief that fails to comply with the Northern District's local rules. *See* Civ. L.R. 6-3(a) ("A motion to enlarge or shorten time may be no more than 5 pages in length"). The Court will accept the nonconforming filing and DIRECTS Defendants to comply with the Northern District's local rules for all future filings. Because this is the second time that the Court has admonished Defendants regarding compliance with either this Court's standing orders or the local rules, Defendants are advised that any future nonconforming filings will be stricken.

**IT IS SO ORDERED.**

Dated: January 29, 2024

_____
BETH LABSON FREEMAN
United States District Judge