**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOSE LUIS BARAJAS ESCAMILLA, | Case No.  23-cv-05033-BLF |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| LIDIA MIRANDA, et al., | |
| Defendants. | |

The initial case management conference previously scheduled for February 15, 2024 is hereby CONTINUED to March 7, 2024 at 11:00 a.m. via Zoom.

**IT IS SO ORDERED.**

Dated:  January 30, 2024

_____
BETH LABSON FREEMAN
United States District Judge